

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00246-CR

DESEREE MARIE JUAREZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 84th District Court
Ochiltree County, Texas
Trial Court No. 5299, Honorable Curt W. Brancheau, Presiding

December 5, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Pending before this court is a motion to dismiss this appeal signed by both appellant, Deseree Marie Juarez, and her attorney. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.